UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK HOLT**                                                           **CIVIL ACTION**

**VERSUS**                                                                     **NO. 07-3606**

**JEFFERSON PARISH SHERIFF'S**                              **SECTION "K"(1)**
**OFFICE, ET AL.**

## ORDER

Plaintiff Derrick Holt, a state pretrial detainee held by Jefferson Parish, brings suit pursuant to 42 U.S.C. § 1983 against various entities and officials for violation of his civil rights. Specifically, plaintiff has filed a *pro se* and *in forma pauperis* complaint against the Jefferson Parish Sheriff's Office and its Homicide Division, Sheriff Harry Lee, Detective Eddie Klein, and Jefferson Parish District Attorney Paul Connick. The plaintiff was arrested and charged with two counts of first degree murder on September 8, 2003, and he is currently awaiting trial. He generally avers that Detective Eddie Klein misled him into giving a statement without having been advised of his rights or the charges alleged against him.

The case was referred to Magistrate Judge Sally Shushan, who conducted a *Spears* hearing to determine the nature of the plaintiff's *pro se* claims. *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). Magistrate Shushan subsequently issued a Report and Recommendations (Rec. Doc. 11), in which she evaluated the plaintiff's claims and recommended that all of the claims be dismissed, except for the allegation against Detective Eddie Klein, which Magistrate Judge Shushan recommended be stayed. Plaintiff timely filed objections to the Magistrate Judge's Report and Recommendations. (Rec. Doc. 15).

As required by 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of those

portions of the Report and Recommendations objected to by the plaintiff.  Upon review of the complaint, the record, and the applicable law, the Court determines that the conclusions of the Magistrate Judge are fully supported by prevailing law.  Accordingly, the Court hereby overrules the plaintiff's objections, approves the Report and Recommendations, and adopts the Report and Recommendations as the Court's own opinion in this matter.  Accordingly,

**IT IS ORDERED** that plaintiff's claim against Eddie Klein for fabrication of evidence be **STAYED** and the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this case, and that this case is to be restored to the trial docket upon plaintiff's motion once his state criminal prosecution is concluded, so that the claim against Eddie Klein for fabrication of evidence may proceed to final disposition; and

**IT IS FURTHER ORDERED** that the rest of the plaintiff's claims against the Jefferson Parish Sheriff's Office, the Jefferson Parish Homicide Division, Sheriff Harry Lee, and Jefferson Parish District Attorney Paul Connick be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1);

New Orleans, Louisiana, this ___16th___ day of November, 2007.

                                            **STANWOOD R. DUVAL, JR.**
                                            **UNITED STATES DISTRICT JUDGE**